# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| e.Digital Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>NETGEAR, Inc.<br><br>    Defendant. | Case No.: 3:16-cv-05211-JST<br><br>**ORDER ON STIPULATION OF DISMISSAL** |

Having considered the parties' Stipulation of Dismissal, the Court hereby **ORDERS** as follows:

All claims of infringement that Plaintiff raised or could have raised in this action are dismissed **WITH PREJUDICE**. Defendant has not raised any claims or counterclaims; however, Defendant's defenses are dismissed **WITHOUT PREJUDICE**. Each party will bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: July 5, 2017

_____
United States District Judge